# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN FOLEY,<br><br>                Plaintiff,<br><br>  v.<br><br>VIKING INDUSTRIAL CENTER, INC.,<br><br>                Defendant. | Case No. 1:22-cv-00446-CCR |

## NOTICE OF SETTLEMENT

Plaintiff Ian Foley, through undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Viking Industrial Center, Inc. The parties are finalizing the settlement agreement and expect to file a stipulation of dismissal within thirty days.

Dated: August 23, 2022                              Respectfully Submitted,

                                                                 */s/ Benjamin J. Sweet*
                                                                  Benjamin J. Sweet
                                                                  ben@nshmlaw.com
                                                                  **NYE, STIRLING, HALE & MILLER, LLP**
                                                                  1145 Bower Hill Road, Suite 104
                                                                  Pittsburgh, Pennsylvania 15243
                                                                  Phone: (412) 857-5350

                                                                 *Attorneys for Plaintiff Ian Foley*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 23rd day of August, 2022.

                                                    */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet